United States District Court (USDC)
Southern District of New York (SDNY)

| | |
|---|---|
| YUNG, JOHN<br>v.<br>People of New York | Notice for Removal of State Criminal Prosecution to US District Court (28 USCS §1455(a)) |

RECEIVED
SDNY PRO SE OFFICE
2024 MAY -6 PM 4: 18

Please take notice, with reservation to amend within 30 days, that I, John Yung, (Bookcase 1132400018)(NYSID:13673885) move this US District Court to ask for removal of criminal case (IND 71296-23/01) proceeding at NY KINGS COUNTY SUPREME CT located at GP12 320 Jay St. Brooklyn, NY 11201 to be remove to this District Court pursuant to 28 USCS §1455(a) for the following reasons for good cause. I have been wrongfully imprisoned since Jan 8, 2024 for asking to speak up about verification of prose letters by me send during Sept. 2023 for no access to my case docket and also asking about my US Constitutional Rights violations of no Miranda Rights given during my Feb 19, 2023 arrest, not seeing a Judge within 24 hours, protection of Search/Seizures of my car, prosecutors from Brooklyn DA still not providing exculpatory evidence [PO. Ramos' Bodycam showing me eating boxes of food, civilian witness testimony disproving accusers' identification GJ testimony and Grand Jury as unreliable with civilian security cam footage of two banks at 18ave & 65th St Brooklyn & others evidence] for over 200 days, violating my Speedy Trial Rights of US Constitution. I am unable to prepare any legal documents safely and normally while imprisoned at Rikers. I have attached statements in support here. Respectfully Submitted,

John Yung
4/29/24

Location: 7L 1600 Hazen St, E. Elmhurst NY 11370
Home Mail: 556 E88 St, Brooklyn NY 11236

I, defendant, YUNG JOHN, hereby states the following in support of my Wirt of Habeas Corpus referencing the cases: (State v. Schroldi, 21, NYSSC, NY County), (Nunez v. NYC et. al. 11cv5845, SDNY), (Cano v. Decker,22,22cv7428(AKH), (Price v. NYC, 15cv5871(KPF),2018), (Rice v USA,20,20cv9045, 02CR-07234)

My wirt have the following arguments: violation of my due process, balance of equities, irreparable injuries and others.

Du7e Process: When first remanded on Feb 20, 23 for 19 days at West Facility Rikers Island, I developed Type2 Diabetes with no outdoor acitivities, a lifelong problem till this day. Also, I was not provided with written instructions on using the phone system here, wasting numerous days before actual working call to anyone for help. The time limit to appeal Grand Jury indictment have passed alreaedy. My legal aid counsel at that did not attempt to contact me, providing ineffective counsel or assistance, helping to more problems till now. The practice of Rikers also helped to defeat my due process where sick calls, ambulance calls, physical attacks (8-10-23 morning), censored/ delayed mailings and many acts/practices that made it impossible for me to prepare my defense adequately. I am unable to get effective counsel where phone calls are short or messages left were not heard or video conferences were only for a short time. I had attended court when I was not sick and had send three emails to legal aid counsel before missing a court date due to illness beforehand. (April, 23) (March, 23). Currently, I am effectively penalized at Rikers OBCC 8L wrongfully Imprisoned, for asking to speak up for my defense Rights.

That was on Mon. Jan 8, 24. I have been incarcerated without bai -l since. My efforts to point out prosecutorial misconduct, unreliable testimony given at Grand Jury without my attendance, my request for exculpatory ~~expulpatory~~ cam footage of P.O. Lisa Ramos and civilian corroborating cam footage/witness testimony, at (65th st and 18 ave, 2 banks at corner / cameras), two hand he-ld cell phones shown to be used instead of calling 911 for my ar -rest were all meet with non-respondence from my various lawyers , prosecution and judge during the court hearing at Kings County Supreme Court on Jan 8, 24 monday hearing.and other times leading to that date. This is cruel and unusual punishment.

Balance of Equities: Community safety is ensured by my clean records, very good credit score of 800 and commited no crime while on previous two bail releas. I need to return to my family/work obligations in paying past due bills, tuitions, care for family/friends, my work as software engineer and projects were ~~not~~ severely disrupted. I am a recognized software developer who won the 2012 NYC BigApps with Mike Bloomberg (Mayor Press Release for my App 'Personal Safety' now evolved into the .SOS feature on every modern smart phone) and (2013/2013 CES Award competition with MoDev.com) Supporting my character in helping community safety. I also have expressed ideas that can help inmates after release with technology.

Irreparable Harm: I have suffered Type2 Diabetes since first remanded at West Facility on Feb 20,23. I have suffered financia -l harm from ~~an~~ suddenly remnded without courtesy days to prepar -e my family/work matters on all my three incarcerations (2/19/23 8/5/23 and 1/6/24 ). Affecting my work and family dramatically.

# Affirmation of Service

I, John Yung, hereby states I mailed a copy of this legal document to the following parties belaw listed in a US Mai Box.

ProSe Intake Rm105
500 Pearl St
NY, NY 10007

NYC Mayor Adams
City Hall
NY, NY 10007

Warden (OBCC)
1600 Hazen St (West Facility)/1600 Hazen St OBCC
E Elmhurst, NY 11370

Clerk
KINGS COUNTY State Supreme Ct
320 Jay St
Brooklyn, NY 11201

Brooklyn County DA Gonzalez
350 Jay St 19F
Brooklyn, NY 11201

John Yung
(1132400018)
NYSID (13673865)

JOHN YUNG 1132400018
1600 Hazen St
E. Elmhurst NY 11370

MID-ISLAND NY 117
1 MAY 2024 PM 7 L




Legal Letter

RECEIVED
SDNY PRO SE OFFICE
2024 MAY -6 PM 8:59

Pro Se Intake (Rm 105)
Moynihan Courthouse
SDNY USDC
40 Foley Square
NY NY 10007

USM 4LD
SDNY

10007-150729