USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN YUNG,

                Plaintiff,

-against-

PEOPLE OF NEW YORK,

                Defendant.

24-CV-03605 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Plaintiff's motion for preliminary injunction is DENIED as moot. In a previous Order, the Court remanded the case to the Supreme Court of the City of New York, Kings County, and the case is therefore CLOSED. *See* Dkt. No. 3.

    The Clerk of Court is directed to terminate Dkt. No. 7.

Dated: June 3, 2024
       New York, New York

                              SO ORDERED.

                              _____
                              MARGARET M. GARNETT
                              United States District Judge