USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN YUNG,

                Plaintiff,

-against-

PEOPLE OF NEW YORK,

                Defendant.

24-CV-03605 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Clerk of Court is directed to open a new *pro se* civil action, using Dkt. Nos. 12 and 13 in this action as the initiating documents. The Clerk is directed to terminate Dkt. No. 13.

    The Plaintiff is advised that because a new civil action is being opened with respect to Plaintiff's filings, the Court will no longer consider or address any further submissions filed on this docket.

Dated: July 3, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge